IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50338
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRAIG CURRY,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-96-CR-169-ALL
- - - - - - - - - - -
January 5, 1998
Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Craig Curry appeals from his conviction and sentence for making a false statement to a financial institution and for interstate transportation of stolen money. He argues solely that the district court erred by failing to reduce his offense level for acceptance of responsibility based on the fact that he voluntarily paid full restitution prior to his adjudication of guilt. We have reviewed the record and the briefs of the parties, and we hold that the district court did not clearly err

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

by refusing to award Curry a reduction in his offense level based on acceptance of responsibility.  See United States v. Watson, 988 F.2d 544, 551 (5th Cir. 1993).

AFFIRMED.